IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINERVA REYES-DIAZ

Plaintiff

v.

COJIMAR, LLC d/b/a/ SUBWAY RESTAURANT LEVITTOWN, et al

Defendants

CV. 12-1711 (CVR)

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, entered an Opinion and Order [Dkt. 52] on March 10th, 2014 granting "Defendants' Motion for Summary Judgment" [Dkt. 36], and dismissing with prejudice all plaintiff's claims under A.D.E.A. and for retaliation; and dismissing without prejudice plaintiff's supplemental state law claims.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED with prejudice as to all plaintiff's claims under A.D.E.A. and for retaliation, and without prejudice plaintiff's supplemental state law claims.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of March 2014.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Yelitza Rivera-Buonomo
Deputy Clerk